# Order

Michigan Supreme Court
Lansing, Michigan

September 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150270-1(116)(117)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SHAWN LARALE BRYANT,
　　　　Defendant-Appellant.

SC: 150270-1
COA: 306602; 318765
Oakland CC: 10-234524-FH

_____/

　　　　On order of the Court, the motion to supplement the motion for reconsideration is GRANTED. The motion for reconsideration of this Court's June 10, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



a0831

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2015



Clerk